UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-61517-DSL

| | |
|---|---|
| DIANA BURROUGHS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA,<br><br>Defendant. | CLASS ACTION |

**MOTION FOR RELIEF FROM DEADLINE TO FILE JOINT SCHEDULING REPORT**

Case No. 24-cv-61517-DSL

Plaintiff Diana Burroughs ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her undersigned counsel, hereby moves for relief from the Court's September 18, 2024 deadline to prepare and file a joint scheduling report, and in support thereof states as follows:

1. On August 19, 2024, Plaintiff filed her Class Action Complaint ("Complaint") against Defendant Jerico Pictures, Inc. d/b/a National Public Data ("Defendant"). *See* ECF 1.

2. On August 26, 2024, Defendant was served with the Summons and a copy of the Complaint. *See* ECF 6. The deadline for Defendant to respond to the Complaint was September 16, 2024.

3. On September 3, 2024, this Court entered an Order Requiring Scheduling Report and Certificate of Interested Parties ("Order"), ECF 7, that, among other things, ordered the parties to prepare and file a joint scheduling report, as required by Local Rule 16.1, by September 18, 2024. *See id.*

4. As of the date of this filing, Defendant has not appeared in this action nor responded to the Complaint. On September 17, 2024, Plaintiff filed a Motion for Entry of Clerk's Default, *see* ECF 8, and a Declaration in Support of Motion for Entry of Clerk's Default, *see* ECF 9.

5. As of the date of this filing, Plaintiff's Motion for Entry of Clerk's Default is still pending.

6. Plaintiff has been diligent in attempting to comply with the Court's Order, but has been unable to do so. On September 12, 2024, counsel for Plaintiff sent an email to counsel of record for Defendant in a related matter, *Hofman v. Jerico Pictures, Inc.*, No. 0:24-CV-61383 (S.D. Fla.), providing a copy of the Court's Order, inquiring if they would be representing Defendant in

the instant matter, and if so, requesting a time to meet and confer to prepare a joint scheduling report as directed by the Court. *See* Ex. A. Not receiving any response, on September 16, 2024, Plaintiff sent a follow-up email requesting a date and time to meet and confer to prepare a joint scheduling report. *See id.* As of the date of this filing, Plaintiff's counsel has not received a response.

7. Defendant has failed to respond to the Complaint and has failed to otherwise appear in this matter, necessitating Plaintiff's Motion for Entry of Clerk's Default. In addition, Plaintiff's attempts to contact counsel for Defendant in the *Hofman* action have likewise been unsuccessful. As such, despite Plaintiff's diligent attempts, Plaintiff has been unable to meet and confer with Defendant to draft a joint scheduling report by the September 18, 2024 deadline.

8. If the Court wishes for Plaintiff to unilaterally file a scheduling report, she will do so promptly.  However, given the procedural posture of the case, Plaintiff respectfully suggests that the filing of a joint scheduling report be deferred until Plaintiff and the Court determine how the case is to proceed.

9. This action is, by Plaintiff's count, one of 14 cases that have been filed in this District against Defendant as a result of a data breach relating to Defendant's National Public Data business relating to doing background checks and fraud prevention.  All but one of those cases have been assigned to Your Honor.  Of the 14 pending cases, returns of service have been filed in only four of the cases in addition to this one, *Hofman v. Jerico Pictures, Inc.*, No. 0:24-cv-61517; *Dumas v. Jerico Pictures, Inc.*, No. 0:24-cv-61502; *Wener v. Jerico Pictures, Inc.*, No. 0:24-cv-61526; and *Smith v. Jerico Pictures, Inc.*, No. 0:24-cv-61525.  Counsel for Defendant has appeared

Case No. 24-cv-61517-DSL

only in *Hofman* and Defendants' time to answer or otherwise move with respect to the respective complaints have expired in each case except for *Werner*.

10. Given the procedural position of this case and the related cases, Plaintiff respectfully suggests that the time for filing of a scheduling report be deferred until Plaintiff and the Court are able to determine what events would be appropriately scheduled when.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order setting aside the September 18, 2024 deadline to file a joint scheduling report, and granting such other and further relief the Court deems just and proper.

DATED: September 17, 2024

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 0084824
LINDSEY H. TAYLOR
Florida Bar No. 1027908
ALEXANDER C. COHEN
Florida Bar No. 1002715

*Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com
acohen@rgrdlaw.com

*Attorneys for Plaintiff and the Class*

- 3 -