**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61517-LEIBOWITZ**

**DIANA BURROUGHS,** *Individually and on behalf of all others similarly situated*,

*Plaintiff*,

*v.*

**JERICO PICTURES, INC.**
**d/b/a NATIONAL PUBLIC DATA**,

*Defendant.*
_______________________________________/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 21]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** ***without prejudice.*** The ***Clerk of Court*** is *directed* to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 9, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record